Shane Brun (SBN 179079)
*sbrun@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax.: 415.677.9041

Attorneys for Plaintiff
**SONUS NETWORKS, INC.**

Chris L. Holm (SBN 249388)
*chris.holm@novakdruce.com*
**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**
333 S. Grand Ave., 23rd Floor
Los Angeles, CA  90071
Tel: (213) 787-2500
Fax: (213) 687-0498

Attorneys for Defendants and Counter-claimants,
**INVENTERGY, INC. AND INVENTERGY GLOBAL, INC.**

[*Additional counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONUS NETWORKS, INC, a Delaware corporation, <br><br>             Plaintiff, <br><br>        v. <br><br> INVENTERGY, INC., a Delaware corporation and INVENTERGY GLOBAL, INC., a Delaware corporation , <br><br>             Defendant. | Case No. 3:15-cv-00322-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE** <br><br> Dept.:           Courtroom 5, 17th Floor <br> Judge:           Hon.  Edward M. Chen |

Pursuant to the Court's Civil Minutes Order dated July 24, 2015 (Dkt. No. 68) and the Patent Local Rules for the United States District Court for the Northern District of California, the parties hereby submit the following joint proposed schedule through claim construction.

| Event | Proposed Date |
|---|---|
| Parties to Have Completed Mediation | October 23, 2015 |
| Joint Status Report Due to Court | November 5, 2015 |
| Case Status Conference | November 12, 2015 |
| Disclosure of Asserted Claims and Infringement Contentions | November 25, 2015 |
| Invalidity Contentions | January 11, 2016 |
| Exchange of Proposed Terms for Construction | January 25, 2015 |
| Exchange of Preliminary Claim Constructions | February 15, 2016 |
| Joint Claim Construction Statement | March 11, 2016 |
| Deadline for Completion of Claim Construction Discovery | April 11, 2016 |
| Claim Construction Opening Briefs | April 25, 2016 |
| Claim Construction Responsive Briefs | May 9, 2016 |
| Claim Construction Reply Briefs | May 16, 2016 |
| Technology Tutorial | ~~TBD~~ June 13, 2016 at 2:30 p.m. |
| Claim Construction Hearing | ~~TBD~~ June 27, 2016 at 2:30 p.m. |

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE
CASE NO. 3:15-CV-00322-EMC

Dated: August 14, 2015              Respectfully submitted,

By: /s/ Michael G. Strapp
    Shane Brun (SBN 179079)
    *sbrun@goodwinprocter.com*
    **GOODWIN PROCTER LLP**
    Three Embarcadero Center
    24th Floor
    San Francisco, California 94111
    Tel.: 415.733.6000
    Fax.: 415.677.9041

    Michael G. Strapp (pro hac vice)
    *mstrapp@goodwinprocter.com*
    Srikanth K. Reddy (pro hac vice)
    *sreddy@goodwinprocter.com*
    **GOODWIN PROCTER LLP**
    53 State Street
    Boston, Massachusetts  02109
    Tel.: 617.570.1000
    Fax.: 617.523.1231

    *Attorneys for Plaintiff Sonus Networks, Inc.*

/s/Chris L. Holm
Chris L. Holm (SBN 249388)
*chris.holm@novakdruce.com*
**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**
333 S. Grand Ave., 23rd Floor
Los Angeles, CA  90071
Tel: (213) 787-2500
Fax: (213) 687-0498

William Sloan Coats (SBN 94864)
*william.coats@novakdruce.com*
Wes Klimczak (SBN 294314)
*wes.klimczak@novakdruce.com*
**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**
21771 Stevens Creek Blvd., 1st Floor
Cupertino, CA  95014
Tel: (408) 414-7330
Fax: (408) 996-1145

*Attorneys for Defendants and Counter-claimants Inventergy, Inc. and Inventergy Global, Inc.*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** (as modified)

2

3  Dated: _____August 17, 2015_____    _____
    HONORABLE EDWARD M. CHEN
    United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

**CIVIL L.R. 5-1 ATTESTATION**

I, Michael G. Strapp, am the ECF User who ID and Password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Chris L. Holm, counsel for Inventergy, Inc. and Inventergy Global, Inc., concurred to its filing.

Dated: August 14, 2015                                              /s/ Michael G. Strapp
                                                                                    Micahel G. Strapp

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 14, 2015, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of this document by electronic means.

Dated: August 14, 2015

                                        By: /s/ Michael G. Strapp
                                              Michael Strapp