Shane Brun (SBN 179079)
sbrun@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax.: 415.677.9041

Of Counsel:

Michael G. Strapp (pro hac vice)
mstrapp@goodwinprocter.com
Srikanth K. Reddy (pro hac vice)
sreddy@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts  02109
Tel.: 617.570.1000
Fax.: 617.523.1231

Attorneys for Plaintiff
SONUS NETWORKS, INC.

Chris Holm (SBN 249388)
Chris.holm@novakdruce.com
NOVAK DRUCE CONNOLLY BOVE +
QUIGG LLP
333 S. Grand Ave., 23rd Floor
Los Angeles, CA  90071
Tel: (213) 787-2500
Fax: (213) 687-0498

William Sloan Coats (SBN 94864)
William.coats@novakdruce.com
Wes Klimczak (SBN 294314)
Wes.klimczak@novakdruce.com
NOVAK DRUCE CONNOLLY BOVE +
QUIGG LLP
21771 Stevens Creek Blvd., 1st Floor
Cupertino, CA  95014
Tel: (408) 414-7330
Fax: (408) 996-1145

Attorneys for Defendants Inventergy, Inc. and
Inventergy Global, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONUS NETWORKS, INC, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>INVENTERGY, INC., a Delaware corporation and INVENTERGY GLOBAL, INC., a Delaware corporation ,<br><br>　　　　　Defendant. | Case No. 3-15-cv-00322-EMC<br><br>**[PROPOSED] ORDER ON DEFENDANTS' STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS** |

1    It is hereby ORDERED that the parties' stipulated motion for leave to file Defendant

2  Inventergy, Inc. and Inventergy Global, Inc.'s First Amended Counterclaims is GRANTED. ~~Exhibit~~

3  ~~A to Defendants' Stipulated Motion for Leave is hereby entered of record.~~

```
Defendants shall file
its First Amended
Counterclaims to Plaintiff's
Second Amended Complaint as a
separate document immediately.
```

6  Dated: __1/11/2016__



Judge Edward M. Chen