Shane Brun (SBN 179079)
*sbrun@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax.: 415.677.9041

Attorneys for
**SONUS NETWORKS, INC.**

Chris Holm (SBN 249388)
Chris.holm@novakdruce.com
**NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**
333 S. Grand Ave., 23rd Floor
Los Angeles, CA  90071
Tel: (213) 787-2500
Fax: (213) 687-0498

Attorneys for
**INVENTERGY, INC. AND INVENTERGY GLOBAL, INC.**

[*Additional counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SONUS NETWORKS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INVENTERGY, INC., a Delaware corporation and INVENTERGY GLOBAL, INC., a Delaware corporation ,<br><br>Defendant. | Case No. 3:15-cv-00322-EMC<br><br>**JOINT STIPULATION AND [PR~~OP~~OSED] ORDER TO STAY PENDING DEADLINES**<br><br>Courtroom:  Courtroom 5<br>Judge:       Edward M. Chen<br><br>Action Filed: January 23, 2015 |

WHEREAS, on June 6, 2016, Plaintiff and Counterclaim Defendant Sonus Networks, Inc. ("Sonus") and Defendants and Counterclaim Plaintiffs Inventergy, Inc. and Inventergy Global, Inc. (collectively, "Inventergy") reached an agreement in principle to settle the above-referenced matter;

THEREFORE, IT IS STIPULATED AND AGREED between the parties, through their respective counsel of record herein, that:

1) All currently scheduled court deadlines and hearings be extended for 30 days to provide the parties with an opportunity to finalize their agreement and submit the appropriate pleading to the Court seeking dismissal of the litigation.

| | | |
|---|---|---|
| 1 | Dated: June 6, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ Srikanth K. Reddy<br>Shane Brun (SBN 179079) |
| 4 | | *sbrun@goodwinprocter.com*<br>**GOODWIN PROCTER LLP** |
| 5 | | Three Embarcadero Center<br>24th Floor |
| 6 | | San Francisco, California 94111<br>Tel.: 415.733.6000 |
| 7 | | Fax.: 415.677.9041 |
| 8 | | Srikanth K. Reddy (pro hac vice)<br>*sreddy@goodwinprocter.com* |
| 9 | | **GOODWIN PROCTER LLP**<br>53 State Street |
| 10 | | Boston, Massachusetts  02109<br>Tel.: 617.570.1000 |
| 11 | | Fax.: 617.523.1231 |
| 12 | | *Attorneys for Sonus Networks, Inc.* |
| 13 | | /s/ Chris L. Holm<br>Chris L. Holm (SBN 249388) |
| 14 | | **NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP** |
| 15 | | 333 S. Grand Ave., 23rd Floor<br>Los Angeles, CA  90071 |
| 16 | | Tel: (213) 787-2500<br>Fax: (213) 687-0498 |
| 17 | | Chris.holm@novakdruce.com |
| 18 | | William Sloan Coats (SBN 94864) |
| 19 | | Wes Klimczak (SBN 294314)<br>**NOVAK DRUCE CONNOLLY BOVE +** |
| 20 | | **QUIGG LLP**<br>21771 Stevens Creek Blvd., 1st Floor |
| 21 | | Cupertino, CA  95014 |
| 22 | | Tel: (408) 414-7330<br>Fax: (408) 996-1145 |
| 23 | | Wes.klimczak@novakdruce.com<br>William.coats@novakdruce.com |
| 24 | | |
| 25 | | *Attorneys for Inventergy, Inc.*<br>*and Inventergy Global, Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |

2

**JOINT STIPULATION AND [PROPOSED]**
**ORDER TO STAY PENDING DEADLINES**                                            **CASE NO. 15-CV-322-EMC**

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___6/7/2016_____

_____
HONORABLE EDWARD M. CHEN
United States District Judge

> The tutorial and claim construction hearing are vacated.  A further case management conference is set for 7/28/16 at 1:30 p.m.  An updated joint CMC statement or a stipulation for dismissal shall be filed by 7/21/16.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

**CIVIL L.R. 5-1 SIGNATURE ATTESTATION**

I, Srikanth K. Reddy, am the ECF User whose ID and Password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PENDING DEADLINES. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Chris L. Holm, counsel for Inventergy, Inc., concurred to its filing.

Dated: June 6, 2016                                         */s/ Srikanth K. Reddy*
                                                                            Srikanth K. Reddy

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 6, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

*/s/ Srikanth K. Reddy*
Srikanth K. Reddy