| | |
|---|---|
| Shane Brun (SBN 179079)<br>sbrun@goodwinprocter.com<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero Center<br>24th Floor<br>San Francisco, California 94111<br>Tel.: 415.733.6000<br>Fax.: 415.677.9041<br><br>Srikanth K. Reddy (pro hac vice)<br>sreddy@goodwinprocter.com<br>**GOODWIN PROCTER LLP**<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel.: 617.570.1000<br>Fax.: 617.523.1231<br><br>Attorneys for Plaintiff<br>SONUS NETWORKS, INC. | Chris Holm (SBN 249388)<br>Chris.holm@novakdruce.com<br>**NOVAK DRUCE CONNOLLY BOVE +**<br>**QUIGG LLP**<br>333 S. Grand Ave., 23rd Floor<br>Los Angeles, CA 90071<br>Tel: (213) 787-2500<br>Fax: (213) 687-0498<br><br>William Sloan Coats (SBN 94864)<br>William.coats@novakdruce.com<br>Wes Klimczak (SBN 294314)<br>Wes.klimczak@novakdruce.com<br>**NOVAK DRUCE CONNOLLY BOVE +**<br>**QUIGG LLP**<br>21771 Stevens Creek Blvd., 1st Floor<br>Cupertino, CA 95014<br>Tel: (408) 414-7330<br>Fax: (408) 996-1145<br><br>Attorneys for Defendants Inventergy, Inc. and Inventergy Global, Inc. |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONUS NETWORKS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>INVENTERGY, INC., a Delaware corporation and INVENTERGY GLOBAL, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 3-15-cv-00322-EMC<br><br>**[~~PROP~~OSED] ORDER ON JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br><br>Action Filed: January 23, 2015<br>Judge:       Edward M. Chen<br>Courtroom:  Courtroom 5 |

**PURSUANT TO STIPULATION, IT IS ORDERED** that the parties' respective claims for declaratory relief of non-infringement and corresponding counterclaims for patent infringement are dismissed with prejudice. Plaintiff Sonus Network Inc.'s state law claims and claim for relief under the Racketeer Influenced and Corrupt Organizations Act are dismissed with prejudice

SO ORDERED.

Dated: 6/8/2016

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 7, 2016, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of this document by electronic means.

Dated: June 7, 2016

By: */s/ Shane Brun*
Shane Brun